**SCHNEBERG LAW PC**
Kyle P. Schneberg, SBN 239325
kyle@schneberglaw.com
2916 W 164th St, Torrance, CA 90504
(310) 359-9090

**BOHRER & LUKEMAN, PLLC**
Abram I. Bohrer, NY SBN 2447530
5 Columbus Circle, Suite 1501
New York, New York 10019
(212) 406-4232
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CORINE BULA, as the natural mother and legal guardian of T.T., an infant,

Plaintiff,

vs.

UNITED AIRLINES, INC. and ADDIS TRAVEL & TOURS, INC.,

Defendant

**Case No.: 2:23-cv-00618-FLA-AS**

**STIPULATED REQUEST TO VACATE TRIAL AND ALL RELATED DATES DUE TO CONDITIONAL SETTLEMENT**

///

///

///

1

STIPULATED REQUEST TO VACATE TRIAL AND ALL RELATED DATES DUE TO CONDITIONAL SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs CORINE BULA, as the natural mother and legal guardian of T.T., an infant, ("Plaintiffs") and Defendants UNITED AIRLINES, INC. and ADDIS TRAVEL & TOURS, INC. ("Defendants") hereby stipulate as follows:

1. Whereas Plaintiffs and Defendants have reached a settlement of the above-captioned matter;

2. Whereas all parties anticipate that completing the settlement process will require at least 90 days to accomplish;

3. Whereas the parties will seek the Court's approval of the Minor's Compromise for Plaintiff T.T. under seal;

4. Whereas completing the settlement process will include finalizing the settlement documentation, obtaining this Court's approval of the Minor's Compromise for Plaintiff T.T., and purchase of a deferred annuity, or other similar funding with the settlement funds;

///

///

///

All parties hereby stipulate that a dismissal of all claims with prejudice will be filed with the Court upon completion of the settlement process. All parties further stipulate that if a dismissal of this matter has not been filed within 90 days of the filing of this stipulation, then the parties will immediately submit a Joint Status Report to the Court within 100 days of the filing of this stipulation, which will advise the Court of the status of the settlement.

IT IS SO STIPULATED.

I, Kyle Schneberg, attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the stipulation's content and have authorized this stipulation.

Dated: June 21, 2024

SCHNEBERG LAW PC

-s- *Kyle P. Schneberg*
By:____________________
Kyle P. Schneberg, Esq.
*Attorneys for Plaintiff*

Dated: June 21, 2024

BOHRER & LUKEMAN, PLLC

-s- *Abram I. Bohrer*
By:____________________
Abram I. Bohrer, Esq.
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

Dated: June 21, 2024

VICTOR RANE

-s- *Michael Cutler*
By:____________________
Michael Cutler, Esq.
*Attorneys for Defendant*

*United Airlines Inc.*

Dated: June 21, 2024

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.

By: *-s- Richard Ozowski*

Richard Ozowski, Esq.
*Attorneys for Defendant*
*Addis Travel & Tours, Inc.*

4

STIPULATED REQUEST TO VACATE TRIAL AND ALL RELATED DATES DUE TO CONDITIONAL SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27