Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE BULA, as the natural mother and legal guardian of T.T., an infant, | Case No.: 2:23-CV-00618-CAS-AS |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| UNITED AIRLINES, INC. and ADDIS TRAVEL & TOURS, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action Plaintiff Corine Bula (hereinafter, "Plaintiff") and Defendants United Airlines, Inc. ("United") and Addis Travel & Tours, Inc. ("Addis") (hereinafter, collectively "Defendants"), by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs.

/ /

/ /

/ /

/ /

/ /

1

2

Dated: February 26, 2025                    Respectfully Submitted,

3

By: /s/ Michael Cutler

4
Richard A. Lazenby

5
Michael Cutler

VICTOR RANE

6
Attorneys for Defendant

**UNITED AIRLINES, INC.**

7

By: /s/ Abram I. Bohrer

8
Kyle P. Schneberg (SBN 239325)

9
kyle@schneberglaw.com

3828 W. Carson St., Ste. 100

10
(310) 359-9090

11
SCHNEBERG LAW PC

-and-

12
Abram I. Bohrer (*pro hac vice*)

13
5 Columbus Circle, Suite 1501

New York, New York 10019

14
BOHRER & LUKEMAN, PLLC

Attorneys for Plaintiff

15
**CORINE BULA**

16

By:  /s/ Richard M. Ozowski

17
Richard M. Ozowski, Esq.

18
P.O. Box 77055,

Madison, WI 53707

19
Phone:(800) 692-6326, Ext. 47812

20
Fax: (844) 553-8005

Richard.ozowski@amfam.com

21
Attorneys for Defendant

22
**ADDIS TRAVEL & TOURS, INC.**

23
    Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests

24
that all other signatories listed above, and on whose behalf the filing is

25
submitted, concur in the filing's content and have authorized this filing.

26

27

28

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849